UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

IN RE:

Sharonda Warlington
Debtors

Chapter: 13
Case No: 09-34712

RICHMOND DIVISION
FILED
NOV - 6 2009
U.S. BANKRUPTCY COURT

## NOTICE OF WITHDRAWAL OF CLAIM

| Claim No. | Number(s) of any related Amended claim(s) included In withdrawal: | Date filed | Claimant: |
|---|---|---|---|
| 2 | 1 | 08/03/2009 | Allied Cash Advance<br>200 SE 1st Ave., Ste 800<br>Miami, Fl 33131 |

The undersigned is authorized to withdraw the above described proof of claim on behalf of the claimant and hereby gives notice of such withdrawal. The undersigned certifies that none of the conditions described in Fed. R. Bankr. P. 3006* that would require a hearing apply to this withdrawal of claim.

Additional statement (if any):

Incorrect Value of Property on proof of claim

Dated: 9/18/09

Signature of claimant or claimant's representative

---

*Rule 3006. Withdrawal of Claim; Effect on Acceptance or Rejection of Plan. A creditor may withdraw a claim as of right by filing a notice of withdrawal, except as provided in this rule. If after a creditor has filed a proof of claim an objection is filed thereto or a complaint is filed against that creditor in an adversary proceeding, or the creditor has accepted or rejected the plan or otherwise has participated significantly in the case, the creditor may not withdraw the claim except on order of the court after a hearing on notice to the trustee or debtor in possession, and any creditors' committee elected pursuant to § 705(a) or appointed pursuant to § 1102 of the Code. The order of the court shall contain such terms and conditions as the court deems proper. Unless the court orders otherwise, an authorized withdrawal of a claim shall constitute withdrawal of any related acceptance or rejection of a plan.